UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIANO TAVAREZ, *individually and on behalf of all others similarly situated*,

                Plaintiff,

    v.

HALCYON PUBLISHING LLC,

                Defendant.

**ORDER**

21 Civ. 9776 (ER)

RAMOS, D.J.

    On November 23, 2021, Victoriano Tavarez brought this action against Halcyon Publishing LLC ("Halcyon"). Doc. 1. Halcyon was served on January 4, 2022. Doc. 5. To date, Halcyon has neither appeared in this action nor responded to the Complaint.

    Tavarez is therefore directed to submit a status report regarding the case by **April 19, 2022.** Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated: April 12, 2022
       New York, New York

                                                    Edgardo Ramos, U.S.D.J.